UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA ANN LYNCH, LARRY D. SCHULTZ, and BRITANY LANIER, on behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LAWRENCEBURG NH OPERATIONS, LLC d/b/a COUNTRYSIDE HEALTHCARE AND REHABILITATION, | ) ) ) ) ) |
| Defendant. | ) |

COLLECTIVE ACTION

CASE NO. 1:13-cv-00129

JUDGE HAYNES

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Seth M. Hyatt, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Peter Winebrake
R. Andrew Santillo
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
(215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

for the purposes of litigation in this Court as counsel for Plaintiffs, Rebecca Lynch, Larry Schultz, and Britany Lanier, on behalf of themselves and all others similarly situated.

Mr. Winebrake and Mr. Santillo are members in good standing of the United States District Court for the Middle District of Pennsylvania. Mr. Winebrake's and Mr. Santillo's certificates of good standing are filed contemporaneously herewith and the filing fee in the amount of $150.00 is being tendered to the Clerk via the Court's electronic payment system.

Date: October 22, 2013    Respectfully submitted,

/s/ Seth M. Hyatt
**JERRY E. MARTIN (BPR # 20193)**
**DAVID W. GARRISON (BPR # 24968)**
**SCOTT P. TIFT (BPR # 27592)**
**SETH M. HYATT (BPR # 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**PETER WINEBRAKE***
**R. ANDREW SANTILLO***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

* *Pro Hac Vice* Motion Pending

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

       I hereby certify that on this the 22nd day of October, 2013, a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* was served upon the parties as indicated below via first-class U.S. Mail:

Lawrenceburg NH Operations, LLC
d/b/a Countryside Healthcare & Rehabilitation
Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

                                      /s/ Seth M. Hyatt
                                      SETH M. HYATT
                                      BARRETT JOHNSTON, LLC