UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA ANN LYNCH, LARRY D. SCHULTZ, and BRITANY LANIER, on behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) COLLECTIVE ACTION ) ) CASE NO. 1:13-cv-00129 |
| v. | ) ) JUDGE HAYNES |
| LAWRENCEBURG NH OPERATIONS, LLC d/b/a COUNTRYSIDE HEALTHCARE AND REHABILITATION, | ) ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND DEADLINE TO CONDUCT SETTLEMENT MEETING

Plaintiffs Rebecca Ann Lynch, Larry D. Schultz, and Britany Lanier, and Defendant Lawrenceburg NH Operations, LLC d/b/a Countryside Healthcare and Rehabilitation hereby jointly request a brief extension of the March 17, 2014 deadline for counsel and the parties to conduct a face-to-face meeting to discuss whether this case can be resolved. (Doc. No. 79). The parties request that they be permitted to conduct this meeting and to file the related report on or before Friday, March 28, 2014.

Due to scheduling conflicts, the parties and their counsel have not been able to schedule the required face-to-face meeting before the March 17, 2014 deadline, but the parties and their counsel have agreed to meet in Lawrenceburg, Tennessee at 11:00 AM on Wednesday, March 26, 2014. Following that meeting, counsel will promptly prepare and file a report concerning this meeting, as required by the operative Case Management Order.