UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA ANN LYNCH, LARRY D. SCHULTZ, and BRITTANY LANIER, on behalf of THEMSELVES and All Others Similarly Situated, | COLLECTIVE ACTION |
| | CIVIL ACTION |
| *Plaintiffs*, | CASE NO. 1:13-cv-129 |
| v. | JUDGE HAYNES |
| LAWRENCEBURG NH OPERATIONS, LLC d/b/a COUNTRYSIDE HEALTHCARE AND REHABILITATION, | |
| *Defendant*. | |

## [PROPOSED] CASE MANAGEMENT ORDER

On June 20, 2014, the parties notified the Court that they have scheduled a mediation in this matter to take place on July 24, 2014. (*See* Doc. No. __). In light of this mediation, the parties jointly moved for the extension of certain case deadlines. (*Id.*) For good cause shown, IT IS ORDERED that the following deadlines shall apply to this matter:

I. DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before August 29, 2014. All written discovery shall be submitted in sufficient time so that the response shall be in hand by August 29, 2014. All discovery related statements shall be filed on or before September 12, 2014.

II. DECERTIFICATION MOTIONS: All motions to decertify the conditionally certified class of individuals pursuant to 29 U.S.C. § 216(b) shall be filed on or before September 15, 2014, and any response thereto shall be filed on or before October 14, 2014. Any reply shall be filed on or before October 21, 2014.

1

III. EXPERT WITNESSES: On or before September 12, 2014, Plaintiffs shall declare to Defendant (not to file with the Court) the identify of Plaintiffs' expert witnesses and provide all the information specified in Rule 26(a)(2)(B). On or before October 3, 2014, Defendant shall declare to Plaintiffs (not to file with the Court) the identify of its expert witnesses and provide all the information specified in Rule 26(a)(2)(B). Any supplements to expert reports shall be disclosed on or before October 17, 2014.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED FOR
APROVAL ON JUNE 20, 2014

/s/ Scott P. Tift
**GEORGE E. BARRETT (No. 2672)**
**JERRY E. MARTIN (No. 20193)**
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**SETH M. HYATT (No. 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
gbarrett@barrettjohnston.com
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

**PETER WINEBRAKE***
**R. ANDREW SANTILLO***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491