UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA ANN LYNCH, LARRY D. SCHULTZ, and BRITANY LANIER, on behalf of THEMSELVES and All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAWRENCEBURG NH OPERATIONS, LLC d/b/a COUNTRYSIDE HEALTHCARE AND REHABILITATION, <br><br> *Defendant.* | COLLECTIVE ACTION <br><br> CASE NO. 1:13-cv-00129 <br><br> JUDGE HAYNES <br><br> JURY DEMANDED |

## [PROPOSED] ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Opt-In Plaintiff Betty Sue Austin.

For good cause shown, Plaintiffs' Unopposed Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff Betty Sue Austin is dismissed from this litigation, without prejudice, pursuant to Federal Rule of Civil Procedure 21.

IT IS SO ORDERED.

_____
WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE
8-8-14

SUBMITTED FOR ENTRY:

Dated: August 7, 2014

/s/ Scott P. Tift
**GEORGE E. BARRETT, #2672**
**JERRY E. MARTIN, #20193**